# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>ROBERT WILLIAMS, )<br><br>DAWN YOUNG )<br>(a/k/a "Dawn Rossi") )<br><br>BROOKE DENMAN ) | **05 CR 10195 JLT**<br><br>**Criminal No.**<br>**Violations: 18 U.S.C. § 2**<br>**18 U.S.C. § 371- Conspiracy**<br>**18 U.S.C. § 2423(a)- Transporting**<br>**Minor to Engage in Prostitution**<br>**18 U.S.C. § 2421- Transporting**<br>**Individual to engage in Prostitution**<br>**18 U.S.C. § 1591- Sex Trafficking of**<br>**Children**<br>**18 U.S.C. § 2422(a)- Inducing Travel to**<br>**Engage in Prostitution** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### (Conspiracy)

1. From in or about October 2000 to in or about September 2002, in the District of

Massachusetts and elsewhere, defendants

**ROBERT WILLIAMS,**
**DAWN YOUNG (a/k/a "Dawn Rossi"),**
**and**
**BROOKE DENMAN**

knowingly and willfully conspired and agreed with each other, and other persons known and

unknown, to commit offenses against the United States, including: (a) transporting any individual

in interstate commerce with intent that such individual engage in prostitution, in violation of

Title 18, United States Code, Section 2421; and (b) persuading, inducing, and enticing any

individual to travel in interstate commerce to engage in prostitution, in violation of Title 18, United States Code, Section 2422(a).

## Overt Acts

2. In furtherance of the conspiracy and to effect its objects, the following overt acts, among others, were committed in the District of Massachusetts and elsewhere:

A. In or about August 2000, Robert Williams arranged for "Minor A," a person under the age of 18, to begin working for him as a prostitute; Williams kept the majority of Minor A's earnings from prostitution.

B. In or about October 2000, Robert Williams arranged with others for Minor A to work as a prostitute in Hartford, Connecticut and drove her from Massachusetts to Connecticut with the intent that Minor A engage in prostitution.

C. Between in or about January 2001 and in or about September 2002, Dawn Young was operating an escort service that would receive prostitution calls and send individuals on those calls. During that time period, Robert Williams obtained multiple prostitution calls for Minor A through Dawn Young, as to which Robert Williams and Dawn Young provided Minor A details about where to meet men to engage in sex for a fee. These prostitution calls were arranged both in person and using the telephone.

D. Between in or about January 2001 and in or about September 2002, Dawn Young received fees, which were typically in the amount of $100, for arranging prostitution calls for Minor A. Dawn Young was given these fees by either Robert Williams or Minor A.

E. Between in or about January 2001 and in or about September 2002, Robert Williams frequently received a share of the money made by Minor A for prostitution calls arranged by Dawn Young.

F.  Between in or about January 2001 and in or about July 2001, Dawn Young instructed Minor A how much money to charge for particular sex acts, and how to ensure that a customer was not a member of law enforcement.

G.  Between in or about January 2001 and in or about July 2001, Dawn Young arranged for Minor A to obtain false identification.

H.  Between in or about January 2001 and in or about July 2001, on at least one occasion, Dawn Young drove Minor A from Massachusetts to New Hampshire for prostitution activities.

I.  Between on or about July 2, 2001 and in or about October 2001, Brooke Denman drove Minor A on multiple prostitution calls arranged by Dawn Young.

J.  Between on or about July 2, 2001 and in or about October 2001, Robert Williams and Minor A continued to give Dawn Young a share of the money made by Minor A from prostitution calls referred by Young, including calls on which Brooke Denman drove Minor A.

K.  On multiple occasions between in or about December 2001 and February 2002, Robert Williams rented rooms at hotels in which Minor A would stay and engage in prostitution activities.

L.  In or about December 2001, Dawn Young told Robert Williams about an online escort service through which Young got prostitution calls, and Williams thereafter arranged for Minor A to start getting prostitution calls referred through the online escort service.

M.  In or about June 2002, Minor A went to Indiana for several months. Williams arranged for money to be wired to Minor A to bring her back to Massachusetts in or about July 2002.

N.  Upon Minor A's return to Massachusetts, in or about July 2002, Williams and Young arranged for Minor A to begin doing prostitution calls again.

O. On multiple occasions in or about July 2002 and in or about August 2002, Brooke
Denman referred prostitution calls to Minor A and collected a share of the proceeds from these
calls.

P. On at least one occasion between in or about July 2002 and in or about August 2002,
Brooke Denman transported or caused Minor A to travel between Massachusetts and another
state for prostitution activities.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
## (Conspiracy)

1. Paragraphs 2A through 2H of Count One are re-alleged and incorporated herein by reference.

2. From on or about July 1, 2001 to in or about September 2002, in the District of Massachusetts and elsewhere, defendants

## ROBERT WILLIAMS,
## DAWN YOUNG (a/k/a "Dawn Rossi"),
## and
## BROOKE DENMAN

knowingly and willfully conspired and agreed with each other, and other persons known and unknown, to commit offenses against the United States, including: (a) knowingly, and in and affecting interstate commerce, recruiting, enticing, harboring, and transporting a person, and benefitting financially from said venture, knowing that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591.

### Overt Acts

. In furtherance of the conspiracy and to effect its objects, the following overt acts, among others, were committed in the District of Massachusetts and elsewhere:

A. On or about July 1, 2001, Robert Williams showed Dawn Young a poster of Minor A, which was distributed by the National Center for Missing and Exploited Children ("NCMEC"). The poster bore the true birth date of Minor A and indicated that she was fourteen years old at that time.

B. On or about July 1, 2001, Williams and Young made a plan for Brooke Denman to drive Minor A to New Hampshire to call NCMEC to say that Minor A was safe.

C. On or about July 2, 2001, Brooke Denman drove Minor A to New Hampshire to call NCMEC and transported her back to Massachusetts.

D. Between in or about July 2001 and in or about September 2002, Dawn Young was operating an escort service that would receive prostitution calls and send individuals, including minors, on those calls. Between on or about July 2, 2001 and in or about October 2001, Brooke Denman drove Minor A on multiple prostitution calls arranged by Dawn Young.

E. Between on or about July 2, 2001 and in or about October 2001, Robert Williams and Minor A continued to give Dawn Young a share of the money made by Minor A from prostitution calls referred by Young, including calls on which Brooke Denman drove Minor A.

F. On multiple occasions between in or about December 2001 and in or about February 2002, Robert Williams rented rooms at hotels in which Minor A would stay and engage in prostitution activities.

G. In or about December 2001, Dawn Young told Robert Williams about an online escort service through which Young got prostitution calls. Thereafter, Williams arranged for Minor A to start getting prostitution calls referred through the online escort service.

H. In or about June 2002, Minor A went to Indiana for several months. Williams arranged for money to be wired to Minor A to bring her back to Massachusetts in or about July 2002.

I. Upon Minor A's return to Massachusetts, in or about July 2002, Williams and Young arranged for Minor A to begin making prostitution calls again.

J. On multiple occasions in or about July 2002 and in or about August 2002, Brooke Denman referred prostitution calls to Minor A and collected a share of the proceeds from these calls.

K.  On at least one occasion between in or about July 2002 and in or about August 2002, Brooke Denman transported and caused Minor A to travel between Massachusetts and another state for prostitution activities.

All in violation of Title 18, United States Code, Section 371.

## COUNT THREE
### (Transporting Minor to Engage in Prostitution)

1. On or about October 7, 2000, in the District of Massachusetts and elsewhere, defendant

### ROBERT WILLIAMS

knowingly transported Minor A, who had not attained the age of 18 years, in interstate commerce

from Massachusetts to Connecticut, with intent that Minor A engage in prostitution and in

sexual activity for which a person can be charged with a criminal offense, and aided and abetted

such conduct.

All in violation of Title 18, United States Code, Sections 2 and 2423(a).

## COUNT FOUR
### (Transporting Individual to Engage in Prostitution)

1. On or about October 7, 2000, in the District of Massachusetts and elsewhere,

defendant

## ROBERT WILLIAMS

knowingly transported Minor A in interstate commerce, from Massachusetts to Connecticut, with

intent that Minor A engage in prostitution and sexual activity for which a person can be charged

with a criminal offense, and aided and abetted such conduct.

All in violation of Title 18, United States Code, Sections 2 and 2421.

## COUNT FIVE
### (Transporting Minor to Engage in Prostitution)

1. Between in or about January 2001 and in or about July 2001, in the District of

Massachusetts and elsewhere, defendants

### ROBERT WILLIAMS
### and
### DAWN YOUNG (a/k/a "Dawn Rossi")

knowingly transported Minor A, who had not attained the age of 18 years, in interstate commerce

from Massachusetts to New Hampshire, with intent that Minor A engage in prostitution and in

sexual activities for which a person can be charged with a criminal offense, and aided and abetted

such conduct.

All in violation of Title 18, United States Code, Sections 2 and 2423(a).

## COUNT SIX
### (Transporting Individual to Engage in Prostitution)

1. Between in or about January 2001 and in or about July 2001, in the District of

Massachusetts and elsewhere, defendants

### ROBERT WILLIAMS
### and
### DAWN YOUNG (a/k/a "Dawn Rossi")

knowingly transported Minor A in interstate commerce, from Massachusetts to New Hampshire,

with intent that Minor A engage in prostitution and sexual activity for which a person can be

charged with a criminal offense, and aided and abetted such conduct.

All in violation of Title 18, United States Code, Sections 2 and 2421.

## COUNT SEVEN
### (Transporting Minor to Engage in Prostitution)

1. Between in or about January 2001 and in or about July 2001, in the District of

Massachusetts and elsewhere, defendant

## ROBERT WILLIAMS

knowingly transported Minor A, who had not attained the age of 18 years, in interstate commerce

from Massachusetts to the to the Danish Health Club in Maine, with intent that Minor A engage

in prostitution and in sexual activity for which a person can be charged with a criminal offense,

and aided and abetted such conduct.

All in violation of Title 18, United States Code, Sections 2 and 2423(a).

## COUNT EIGHT
### (Transporting Individual to Engage in Prostitution)

1. Between in or about January 2001 and in or about July 2001, in the District of

Massachusetts and elsewhere, defendant

### ROBERT WILLIAMS

knowingly transported Minor A in interstate commerce, from Massachusetts to the Danish Health

Club in Maine, with intent that Minor A engage in prostitution and sexual activity for which a

person can be charged with a criminal offense, and aided and abetted such conduct.

All in violation of Title 18, United States Code, Sections 2 and 2421.

## COUNT NINE
### (Sex Trafficking of Children)

1. From on or about July 1, 2001 to in or about September 2002, in the District of

Massachusetts and elsewhere, defendants

**ROBERT WILLIAMS,**
**DAWN YOUNG (a/k/a "Dawn Rossi"),**
**and**
**BROOKE DENMAN**

knowingly, and in and affecting interstate commerce, recruited, enticed, harbored, transported,

provided and obtained by any means, "Minor A," and benefitted financially from said venture,

knowing that Minor A had not attained the age of 18 years and would be caused to engage in a

commercial sex act.

In violation of Title 18, United States Code, Section 1591.

## COUNT TEN
### (Inducing Travel to Engage in Prostitution)

1. Between on or about October 15, 2001, and on or about October 30, 2001, in the

District of Massachusetts and elsewhere, defendant

### ROBERT WILLIAMS

knowingly persuaded, induced, and enticed Minor A to travel in interstate commerce, that is,

from Massachusetts to Connecticut, to engage in prostitution and in sexual activity for which a

person can be charged with a criminal offense, and aided and abetted such conduct.

All in violation of Title 18, United States Code, Sections 2 and 2422(a).

## COUNT ELEVEN
### (Transporting Minor to Engage in Prostitution)

1. In or about November 2001, in the District of Massachusetts and elsewhere, defendant

## ROBERT WILLIAMS

knowingly transported Minor A, who had not attained the age of 18 years, in interstate commerce

from Massachusetts to Pawtucket, Rhode Island, with intent that Minor A engage in prostitution

and in sexual activity for which a person can be charged with a criminal offense, and aided and

abetted such conduct.

All in violation of Title 18, United States Code, Sections 2 and 2423(a).

## COUNT TWELVE
### (Inducing Travel to Engage in Prostitution)

1. Between in or about June 2002 and in or about July 2002, in the District of

Massachusetts and elsewhere, defendant

### ROBERT WILLIAMS

knowingly persuaded, induced, and enticed Minor A to travel in interstate commerce, that is,

from Indiana to Massachusetts, to engage in prostitution and in sexual activity for which a person

can be charged with a criminal offense, and aided and abetted such conduct.

All in violation of Title 18, United States Code, Sections 2 and 2422(a).

## COUNT THIRTEEN
### (Inducing Travel to Engage in Prostitution)

1. Between in or about July 2002 and in or about September 2002, in the District of

Massachusetts and elsewhere, defendant

### BROOKE DENMAN

knowingly persuaded, induced, and enticed Minor A to travel in interstate commerce, that is,

from Massachusetts to New Hampshire and Rhode Island, to engage in prostitution and in sexual

activity for which a person can be charged with a criminal offense, and aided and abetted such

conduct.

All in violation of Title 18, United States Code, Sections 2 and 2422(a).

**A True Bill,**

Foreperson

Trial Attorney, U.S. Department of Justice

Date: August 3, 2005

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; August 3, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK     @ 11:25 AM
                    8/3/05

JS 45 (5/97) - (Revised USAO MA 6/29/04)    05 CR 1 0 1 9 5

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** FBI

**City** _____    **Related Case Information:**

**County** _____    Superseding Ind./ Inf. _____    Case No. _____
                              Same Defendant _____ New    _____
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number _____
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Robert Williams    Juvenile    ☐ Yes    ☒ No

Alias Name    Robbie Williams, Ricky Martin, Dezzie Martin

Address    5 Pearl Ave., 2nd Floor, Winthrop, MA

Birth date (Year only):  1957  SSN (last 4 #):  6024  Sex  M  Race:    Black    Nationality:  U.S.

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Wendy Waldron    **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes  ☒ No    List language and/or dialect: _____

**Matter to be SEALED:**    ☒ Yes

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    12

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:    August 3 2005    Signature of AUSA: _____

**05 CR 1 0 1 9 5 J L**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    **Robert Williams** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §371 | Conspiracy | 1,2 |
| Set 2  18 U.S.C. §2423(a) | Transporting a Minor for Prostitution | 3,5,7,11 |
| Set 3  18 U.S.C. §2421 | Transporting an Individual for Prostitution | 4,6,8 |
| Set 4  18 U.S.C. §2422(a) | Inducing Travel for Prostitution | 10,12 |
| Set 5  18 U.S.C. §1591 | Sex Trafficking of Children | 9 |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:**

**JS 45 (5/97) - (Revised USAO MA 6/29/04)**

**Criminal Case Cover Sheet**    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _Massachusetts_    **Category No.** _II_    **Investigating Agency** _FBI_

**City** _____    **Related Case Information:**

**County** _____

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____ New _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Dawn Young_    Juvenile    ☐ Yes    ☒ No

Alias Name _Dawn Rossi_

Address _77 Bennington St., Apt. 501, Revere, MA_

Birth date (Year only): _1966_  SSN (last 4 #): _1730_ Sex _F_  Race: _Caucasian_  Nationality: _U.S._

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Wendy Waldron_    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☑ Yes ☐ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _6_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _August 3, 2005_ Signature of AUSA: _____

**05** CR **10195** JLT

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Dawn Young _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. §371 | Conspiracy | 1,2 |
| Set 2   18 U.S.C. §2423(a) | Transporting a Minor for Prostitution | 5,11 |
| Set 3   18 U.S.C. §2421 | Transporting an Individual for Prostitution | 6 |
| Set 4   18 U.S.C. §1591 | Sex Trafficking of Children | 9 |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION:

🖉JS 45 (5/97) - (Revised USAO MA 6/29/04)  **05** CR **1 0 1 9 5** JLT

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** FBI

**City** _____    **Related Case Information:**

**County** _____

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Brooke Denman    **Juvenile** ☐ Yes  ☒ No

**Alias Name** Susan Sullivan, Sharon McCarthy, Kellie Sullivan

**Address** 38 Estes St., Apt. 8, Lynn, MA

**Birth date (Year only):** 1976  **SSN (last 4 #):** 9889 **Sex** F **Race:** Caucasian **Nationality:** U.S.

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Wendy Waldron    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☑ Yes

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony** 4

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** August 3, 2005 **Signature of AUSA:** _____

05 CR 10195

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk):  _____

Name of Defendant    __Brooke Denman_____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   _18 U.S.C. §371_____ | _Conspiracy_____ | _1,2_____ |
| Set 2   _18 U.S.C. §1591_____ | _Sex Trafficking of Children_____ | _9_____ |
| Set 3   _18 U.S.C. §2422(a)_____ | _Inducing Travel for Prostitution_____ | _13_____ |
| Set 4   _____ | _____ | _____ |
| Set 6   _____ | _____ | _____ |
| Set 7   _____ | _____ | _____ |
| Set 8   _____ | _____ | _____ |
| Set 9   _____ | _____ | _____ |
| Set   _____ | _____ | _____ |
| Set   _____ | _____ | _____ |
| Set   _____ | _____ | _____ |
| Set   _____ | _____ | _____ |
| Set   _____ | _____ | _____ |
| Set   _____ | _____ | _____ |

ADDITIONAL INFORMATION: