UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT WILLIAMS, )<br>)<br>DAWN YOUNG )<br>  (a/k/a "Dawn Rossi") )<br>)<br>BROOKE DENMAN ) | **05 CR 10195 JLT**<br>Criminal No. _____ |

**GOVERNMENT'S MOTION TO SEAL**
**INDICTMENT**

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendants are in custody in the above-captioned case and the Court has ordered the indictment unsealed.

AUG - 3 2005

ALLOWED;
So ORDERED.
[signature]

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _[signature]_
   Wendy Waldron
   Trial Attorney

Date: August 2, 2005