UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.  05-10195-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT WILLIAMS, | ) | |
| DAWN YOUNG, aka "Dawn Rossi" | ) | |
| Brooke Denman | ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States hereby moves through its undersigned attorneys to unseal the indictment in the above-captioned case on the ground that the reasons for sealing no longer exist.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

EMILY R. SCHULMAN
Assistant U.S. Attorney

Dein, M.J.
MOTION ALLOWED
By the Court
Deputy Clerk

Dated: August 8, 2005