UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-CR-10195-JLT |
| | ) | |
| BROOKE DENMAN | ) | |
| | ) | |

ASSENTED-TO MOTION TO AMEND CONDITIONS OF RELEASE

Now comes the defendant through counsel and requests that her condition of release relating to a 7:00 pm curfew be changed to 11:00 pm solely for the date of September 9, 2005. The defendant so requests because her father is visiting Massachusetts from out of state and she wishes to spend time with him and her young daughter at another relative's home in Framingham, Massachusetts. Because of her father's late arrival time and the need to travel to Framingham, the defendant feels she would not be able to make the current 7:00 pm curfew deadline.

The Assistant United States Attorney assigned to this case, Wendy Waldron, has no objection to this request. Pre-Trial Services has also been informed and, according to Officer Jim Reilly, has no objection as long as the request is allowed by the Court.

                                    BROOKE DENMAN
                                    By her attorney,

                                     /s/Oscar Cruz, Jr.
                                    Oscar Cruz, Jr.
                                      B.B.O. #630813
                                    Federal Defender Office
                                    408 Atlantic Avenue, 3rd Floor
                                    Boston, MA  02110
                                    Tel: 617-223-8061

Date: September 9, 2005