UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10195-JLT

UNITED STATES OF AMERICA

v.

Williams, et al.

## REPORT & ORDER ON
## INITIAL STATUS CONFERENCE

ALEXANDER, M.J.

On __September 22, 2005__, parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys:
None at this time

2. Features of case that deserve special attention or modification of the standard schedule:
None at this time

3. Anticipated supplemental discovery:
To be provided by 9/23/2005

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C):
none at this time

5. Applicable periods of excludable delay under Speedy Trial Act __For Denman and Young: 8/11/05-9/22/05 and 9/22/05 to next status conference; For Williams: 8/17/05-9/22/05 and 9/22/05 to next status

conference. _____
_____
_____
_____
_____

6. Trial is anticipated. Estimated duration of trial:
2 weeks
_____

7. Other matters _____
_____
_____

      IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c) has / has not been established. The motion date is set for
_____.

An Interim Status Conference has / has not been scheduled. The Interim Status Conference will be held at
_____ on _____ in _____ courtroom.

A Final Status Conference will be held at _____ on _____ in _____ courtroom.

**Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.**

Additional Orders:

**Parties shall meet prior to the Initial Status Conference in order to respond to the above stated inquiries.**

                                                               By the Court,

      Date _____        _____
                                                Deputy Clerk