UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10195-JLT |
| | ) | |
| BROOKE DENMAN | ) | |
| | ) | |

MOTION TO AMEND CONDITIONS OF RELEASE

    Now comes the defendant through counsel and requests that her condition of release relating to a 7:00 pm to 6:00 am curfew be lifted for the duration of the pendency of this matter. The defendant has been on pre-trial conditional release since her initial appearance in Court. She has complied with all her conditions and has done so well that her Pre-Trial Services officer has lowered her "color code" level for purposes of random drug testing. Ms. Denman has acquired a new job and would like to attend a training and orientation seminar for new employees which is scheduled for October 6, 2005 from 5:00 to 9:00 pm. Ms. Denman has given all the information concerning this training session and her new job to the Pre-Trial Services office. Pre-Trial Services has no objection to the Court lifting Ms. Denman's current curfew condition.

    The Assistant United States Attorney assigned to this case, Wendy Waldron, has no objection to this request.

                    BROOKE DENMAN
                    By her attorney,

                    /s/Oscar Cruz, Jr.
                    Oscar Cruz, Jr.
                      B.B.O. #630813
                    Federal Defender Office
                    408 Atlantic Avenue, 3rd Floor
                    Boston, MA  02110
                    Tel: 617-223-8061

Date: October 5, 2005