UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10195-JLT |
| | ) | |
| ROBERT WILLIAMS, | ) | |
| | ) | |
| DAWN YOUNG | ) | |
| (a/k/a "Dawn Rossi") | ) | |
| | ) | |
| BROOKE DENMAN | ) | |

FILED
IN CLERKS OFFICE
2005 OCT 27 P 2:47
U.S. DISTRICT COURT
DISTRICT OF MASS.

## ASSENTED-TO MOTION TO EXCLUDE TIME
## FROM OCTOBER 28, 2005 THROUGH NEXT STATUS CONFERENCE DATE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Trial Attorney Wendy Waldron, hereby moves, with the oral assent of defense counsel, George Gormley, John Swomley and Oscar Cruz, that this Court enter an Order excluding the period of time between and including October 28, 2005 and the date of the next status conference from the computation of the time within which a trial must be held in this matter pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(c).

The initial appearance of defendants Denman and Young took place on August 11, 2005. The initial appearance of defendant Williams took place on August 17, 2005.[1] An initial status

---

[1] The government moved for the detention of Young and Williams at their initial appearances. The period of time between the motion for detention and 30 days from the detention hearings, on August 22 and August 24, 2005, constitutes excludable delay as to defendants Young and Williams pursuant to 18 U.S.C. § 3161(h)(1)(F) and (J) and as to defendant Denman under 18 U.S.C. § 3161(h)(7).

conference was held on September 22, 2005. At the initial status conference, the parties presented a joint report indicating that the period of time between the defendants' initial appearances and the initial status conference on September 22, 2005 and the period of time between September 22, 2005 and the next status conference should be excluded under the Speedy Trial Act. At the interim status conference to be held on October 28, 2005, the parties will ask that the Court set a date for a second interim status conference, to give the parties time to assess the discovery provided and to discuss the possibility of resolving this case without trial. The parties agree that the period of time between October 28, 2005 and the next status conference should be excluded from the computation of time within which a trial must be held and that excluding this time period serves the ends of justice.

Accordingly, the parties request that this Court enter an Order excluding the time period set forth above from the computation of the time within which a trial must be held in this matter under 18 U.S.C. § 3161(c).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Wendy Waldron
WENDY WALDRON

```
                                        Trial Attorney
                                        United States Department of Justice
```

**So Ordered**, this _____ day of _____, 2005

_____
JOYCE L. ALEXANDER
United States Magistrate Judge

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Motion to Exclude Time upon defendant Dawn Young, by faxing a copy to counsel of record, John Swomley, at (617) 227-8059, upon defendant Robert Williams, by faxing a copy to counsel of record, George Gormley, at (617) 478-2755, and upon defendant Brooke Denman, by faxing a copy to counsel of record, Oscar Cruz, at (617) 223-8061, on this 27th day of October, 2005.

/s/ Wendy Waldron
Wendy Waldron
Trial Attorney
United States Department of Justice
Criminal Division
1400 New York Ave., N.W. 6th Floor
Washington, DC 20005
(202) 353-3745
Fax: (202) 514-1793