UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10195-JLT

UNITED STATES OF AMERICA

v.

ROBERT WILLIAMS, et al.

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, M.J.

On October 28, 2005, parties appeared before this Court for an Interim Status Conference. With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys

None at this time.

2. Features of case that deserve special attention or modification of the standard schedule

None at this time.

3. Anticipated supplemental discovery

None from the government.

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(c)

None at this time.

5. Applicable periods of excludable delay under Speedy Trial Act

For Denman and Young: 8/11/05-9/22/05, 9/22/05 to 10/28/05 and 10/28/05 to next status conference. For Williams: 8/17/05-9/22/05, 9/22/05 to 10/28/05 and 10/28/05 to next status conference.

6. Trial is anticipated. Estimated duration of trial

Two Weeks.

7. Other matters _____
_____
_____
_____.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c) has / has not been established. The motion date is set for
_____.

An Interim Status Conference has / has not been scheduled. The Interim Status Conference will be held at _____ on _____ in _____ courtroom.

A Final Status Conference will be held at _____ on _____ in _____ courtroom.

**Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.**

Additional Orders:

**Parties shall meet prior to the Initial Status Conference in order to respond to the above stated inquiries.**

By the Court,

Date 10/28/05

*[signature]*
Deputy Clerk