UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10195-JLT |
| | ) | |
| BROOKE DENMAN | ) | |
| | ) | |

DEFENDANT'S MOTION FOR AUTHORIZATION
TO TRAVEL OUTSIDE THE DISTRICT OF MASSACHUSETTS

Now comes the defendant through counsel and requests that she be allowed to travel to Concord, New Hampshire for a family holiday party on Sunday December 11, 2005. One of the conditions of Ms. Denman's pre-trial release is that she not travel outside of Massachusetts without the express authorization of the Court. The defendant has been on pre-trial conditional release since her initial appearance in Court. She has complied with all of her conditions and has done exceptionally well during the pendency of this case. Ms. Denman has provided the information concerning her travel to New Hampshire to the Pre-Trial Services office. Pre-Trial Services has no objection to the Court allowing this motion.

The Assistant United States Attorney assigned to this case, Wendy Waldron, has been notified and has expressed no objection to this request.

BROOKE DENMAN
By her attorney,

 /s/Oscar Cruz, Jr.
Oscar Cruz, Jr.
 B.B.O. #630813
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: December 9, 2005