UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10195-JLT

UNITED STATES OF AMERICA

v.

ROBERT WILLIAMS, et al.

FILED
in Open Court
USDC, Mass
Date 12/21/05
By [signature]

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, M.J.

On December 21, 2005, parties appeared before this Court for an Interim Status Conference. With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys

None at this time.

2. Features of case that deserve special attention or modification of the standard schedule

None at this time.

3. Anticipated supplemental discovery

None from the government.

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(c)

None at this time.

5. Applicable periods of excludable delay under Speedy Trial Act

For Denman and Young: 8/11/05 to 9/22/05, 9/22/05 to 11/29/05, 11/29/05 to 12/21/05 and 12/21/05 to next status conference.  For Williams: 8/17/05 to 9/22/05, 9/22/05 to 11/29/05, 11/29/05 to 12/21/05 and 12/21/05 to next status conference.

6. Trial is   anticipated.  Estimated duration of trial

Two Weeks.

7. Other matters _____
_____
_____

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c)  has / has not  been established.  The motion date is set for _____.

An Interim Status Conference  has  /  has not  been scheduled.  The Interim Status Conference will be held at _____ on _____ in _____ courtroom.

A Final Status Conference will be held at _____ on _____ in _____ courtroom.

**Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.**

Additional Orders:

**Parties shall meet prior to the Initial Status Conference in order to respond to the above stated inquiries.**

By the Court,

Date_____

_____
Deputy Clerk