```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal No. 05-10195-JLT
                              )
ROBERT WILLIAMS,              )
                              )
DAWN YOUNG                    )
  (a/k/a "Dawn Rossi")        )
                              )
BROOKE DENMAN                 )
```

## ASSENTED-TO MOTION TO EXCLUDE TIME
## FROM NOVEMBER 29, 2005 THROUGH FEBRUARY 8, 2006

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Trial Attorney Wendy Waldron, hereby moves, with the oral assent of defense counsel, George Gormley, John Swomley and Oscar Cruz, that this Court enter an Order excluding the period of time between and including November 29, 2005 and February 8, 2006, from the computation of the time within which a trial must be held in this matter pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(c).

The initial appearance of defendants Denman and Young took place on August 11, 2005. The initial appearance of defendant Williams took place on August 17, 2005.[1]  On November 2, 2005,

---

[1] The government moved for the detention of Young and Williams at their initial appearances. The period of time between the motion for detention and 30 days from the detention hearings, on August 22 and August 24, 2005, constitutes excludable delay as to defendants Young and Williams pursuant to 18 U.S.C. § 3161(h)(1)(F) and (J) and as to defendant Denman under 18 U.S.C. § 3161(h)(7).

the Court entered an Order excluding the time between September 22, 2005 and October 28, 2005 and between October 28, 2005 and November 29, 2005.  The interim status conference scheduled for November 29, 2005 was continued until December 21, 2005.  At the interim status conference on December 21, 2005, the Court set February 8, 2005 as the date for the final status conference. The parties agree that the period of time between November 29, 2005 and February 8, 2005 should be excluded from the computation of time within which a trial must be held and that excluding this time period serves the ends of justice.

Accordingly, the parties request that this Court enter an Order excluding the time period set forth above from the computation of the time within which a trial must be held in this matter under 18 U.S.C. § 3161(c).

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

            By:
                              /s/ Wendy Waldron
                              WENDY WALDRON
                              Trial Attorney
                              United States Department of Justice

**So Ordered**, this _____ day of _____, 2005

_____
JOYCE L. ALEXANDER
United States Magistrate Judge