UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| *v.* | )    **Criminal No. 05-CR-10195 JLT** |
| | ) |
| **ROBERT WILLIAMS,** | ) |
| | ) |
| **DAWN YOUNG** | ) |
| (a/k/a "Dawn Rossi") | ) |
| | ) |
| **BROOKE DENMAN** | ) |

### ASSENTED-TO MOTION TO CONTINUE SENTENCING

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Trial Attorney Wendy Waldron, hereby moves, with the oral assent of defense counsel, George Gormley, John Swomley and Oscar Cruz, to continue sentencing until September, 2006. Sentencing in this case is now scheduled for May 18, 2006.

As grounds therefor, the parties state that defendants' cooperation under their respective plea agreements is continuing and is expected to require at least three more months to be assessed for sentencing purposes.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:
    /s/ Wendy Waldron
    WENDY WALDRON
    Trial Attorney
    United States Department of Justice

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 2, 2006.

/s/ Wendy Waldron
WENDY WALDRON
Trial Attorney
United States Department of Justice