UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| *v.* ) | **Criminal No. 05-CR-10195 JLT** |
| ) | |
| **ROBERT WILLIAMS,** ) | |
| ) | |
| **DAWN YOUNG** ) | |
|   (a/k/a "Dawn Rossi") ) | |
| ) | |
| **BROOKE DENMAN** ) | |

**MOTION TO SEAL**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Trial Attorney Wendy Waldron, hereby moves to file the government's response to defendant Dawn Young's Motion for Release Pending Sentencing under seal.  On May 9, 2006, the Court granted the motion to seal the defendant's motion for release.  The government's response contains similar sensitive information.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

Date: May 22, 2006          By:
                                  /s/ Wendy Waldron
                                  WENDY WALDRON
                                  Trial Attorney
                                  United States Department of Justice

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 22, 2006.

/s/ Wendy Waldron
WENDY WALDRON
Trial Attorney
United States Department of Justice

2