```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| *v.* ) | **Criminal No. 05-CR-10195 JLT** |
| ) | |
| **ROBERT WILLIAMS,** ) | |
| ) | |
| **DAWN YOUNG** ) | |
|   (a/k/a "Dawn Rossi") ) | |
| ) | |
| **BROOKE DENMAN** ) | |

## MODIFIED ASSENTED-TO MOTION TO CONTINUE SENTENCING

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Trial Attorney Wendy Waldron, hereby moves, with the oral assent of defense counsel, George Gormley, John Swomley and Oscar Cruz, to continue sentencing until December, 2006. Sentencing in this case is now scheduled for September 12, 2006.

On August 30, 2006, this Court denied the Government's assented-to motion to continue sentencing until February, 2007. The Government now respectfully requests that the Court continue sentencing until December, 2006. As grounds therefor, the parties state that defendants' cooperation under their respective plea agreements is continuing and is not currently in a position to be assessed. The defendants' cooperation is expected to require at least three more months to be assessed for sentencing purposes.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:
/s/ Wendy Waldron
WENDY WALDRON
Trial Attorney
United States Department of Justice

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 1, 2006.

/s/ Wendy Waldron
WENDY WALDRON
Trial Attorney
United States Department of Justice